## UNITED STATES BANKRUPTCY COURT
## FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| RE: ) | |
| ) | |
| Cho, Hyung Cha ) | Case No. 07-11190-RGM |
| ) | |
| Debtor ) | Chapter 7 |

### REPORT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. 347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend due and payable to the creditors as shown on the attached Exhibit A - Claims Distribution Small Checks.

Dated: March 10, 2011

/s/Gordon P. Peyton
Gordon P. Peyton
Virginia State Bar #5155
510 King Street, Suite 310
Alexandria, VA 22314
(703)684-2000

Printed: 11/30/10 01:32 PM

Page: 1

Exhibit "A"
# Claims Distribution Small Checks

**Case:** 07-11190 - CHO, HYUNG CHA

**Trustee:** GORDON P. PEYTON (660280)

| Account No. | Check No. | Issued | | | | | | Check Amount: | $23.73 |
|---|---|---|---|---|---|---|---|---|---|
| 9200020417596 | 116 | 11/30/10 | | | | | | | |
| | Claim No. | Filed | Priority | Claimant | | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
| | | | Payee: | U.S. Bankruptcy Court | | | | | |
| | 1 | 11/12/07 | 610 | DISCOVER BANK/DFS SERVICES LLC | | 5,836.54 | 5,836.54 | 510.81 | 2.58 |
| | 2 | 11/12/07 | 610 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | 4,684.76 | 4,684.76 | 410.01 | 2.08 |
| | 3 | 11/19/07 | 610 | STATE DEPARTMENT FCU | | 6,933.97 | 6,933.97 | 606.86 | 3.08 |
| | 4 | 11/19/07 | 610 | STATE DEPARTMENT FCU | | 1,771.41 | 1,771.41 | 155.03 | 0.78 |
| | 5 | 11/19/07 | 610 | STATE DEPARTMENT FCU | | 8,830.09 | 8,830.09 | 772.81 | 3.92 |
| | 6 | 11/19/07 | 610 | STATE DEPARTMENT FCU | | 5,411.15 | 5,411.15 | 473.58 | 2.40 |
| | 7 | 11/19/07 | 610 | STATE DEPARTMENT FCU | | 2,532.52 | 2,532.52 | 221.65 | 1.13 |
| | 9 | 01/17/08 | 610 | BENEFICIAL | | 8,040.93 | 8,040.93 | 703.74 | 3.57 |
| | 10 | 01/28/08 | 610 | FIA CARD SVCS., N.A. | | 9,438.69 | 9,438.69 | 826.07 | 4.19 |

(*) Denotes objection to Amount Filed