UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

In re:                                                                Case No. 07-11190-RGM
                                                                          Chapter 7
CHO, HYUNG CHA


             Debtor(s).                            /

**AMENDED REPORT OF SMALL DIVIDENDS**

      Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. 347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend due and payable to the creditors listed below.  This report is being amended to add the creditor's addresses and to create one report with no attachment. The amounts remain unchanged.

| Claim No. | Creditor | Amount |
|---|---|---|
| 1 | Discover Bank<br>PO Box 3025<br>New Albany, OH  43054 | $2.58 |
| 2 | Portfolio Recovery Assoc.<br>PO Box 12914<br>Norfolk, VA | $2.08 |
| 3 | State Dept. FCU<br>1630 King St.<br>Alexandria, VA  22314 | $3.08 |
| 4 | State Dept. FCU<br>1630 King St.<br>Alexandria, VA  22314 | $0.78 |
| 5 | State Dept. FCU<br>1630 King St.<br>Alexandria, VA  22314 | $3.92 |

| | | |
|---|---|---|
| 6 | State Dept. FCU<br>1630 King St.<br>Alexandria, VA  22314 | $2.40 |
| 7 | State Dept. FCU<br>1630 King St.<br>Alexandria, VA  22314 | $1.13 |
| 9 | Beneficial<br>PO Box 10640<br>Virginia Beach, VA  23450 | $3.57 |
| 10 | FIA Card Svcs.<br>1000 Samoset Dr.<br>DE5-023-03-03<br>Newark, DE  19713 | $4.19 |

    **WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Virginia to effect closing of this estate.

Dated:  March 14, 2011        /s/Gordon P. Peyton

                                  GORDON P. PEYTON, Trustee
                                  P.O. BOX 25456
                                  ALEXANDRIA, VA  22313-5456
                                  Telephone:        (703) 684-2000
                                  Facsimile:         (703) 684-5109